AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Henry F. Owens III

V.

Edward Johnson and
Johnson Boat Works, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05 CV 10810 MEL

TO: (Name and address of Defendant)

Edward Johnson
91 Armington Street
Cranston, RI  02905

Pub. 1125 Navagansett Blvd.
Cranston, RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Raymond Sayeg
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  APR 2 2 2005

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: May 04, 2005 |
| NAME OF SERVER: THOMAS G. JACKSON | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:
1128 Narragansett Boulevard, Cranston, Rhode Island , ~~MASSACHUSETTS~~

[ ] Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____ , MASSACHUSETTS

[ ] Other: By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at:
_____ , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 80.00 | 10.85 Trips | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 04, 2005
Date

Signature of Server: *Thomas G. Jackson*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ____ |
| | | | $ ____ |

ALSO SERVED:
- DEMAND FOR JURY TRIAL
- CIVIL ACTION COVER SHEET

$ ____
$ ____
$ ____
TOTAL $ ____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.