## UNITED STATES DISTRICT COURT
## FIRST DISTRICT OF MASSACHUSETTS

HENRY F. OWENS III    :
   Plaintiff     :
            :
  vs.        :   C. A .No. 05-10810 MEL
            :
EDWARD JOHNSON and   :
JOHNSON'S BOAT WORKS, INC. :
   Defendants   :

### DEFENDANT'S MOTION FOR LEAVE
### OF COURT TO PERMIT OUT-OF-STATE
### COUNSEL TO PRACTICE IN THIS COURT

The defendants, Edward Johnson and Johnson's Boat Works, Inc., hereby move for leave

of court to permit Michael J. Lepizzera, Jr. (Lepizzera) to appear on defendants behalf

*pro hac vice* pursuant to Local Rule 83.5.3.

In support of the motion, the plaintiff has attached an affidavit executed by

Lepizzera which establishes the following:

    1.  Lepizzera is a member of the bar in good standing in every

       jurisdiction where he has been admitted to practice.

    2.  There are no disciplinary proceedings pending against Lepizzera as

       a member of the bar in any jurisdiction.

    3.  Lepizzera is familiar with the Local Rules of the United States

       District Court for the District of Massachusetts.

  The undersigned counsel filing this application to practice on behalf of Lepizzera

is a member of the bar of the United States District Court for the District of

Massachusetts. The undersigned counsel has also filed an appearance on behalf of

defendants in this matter.

For all the foregoing reasons, the defendant respectfully requests that the motion

for leave to permit out-of-state counsel to practice in this court be granted.

Respectfully submitted,
Defendants Edward Johnson and
Johnson's Boat Works, Inc.
By and through their Attorneys,


Scott DeMello, BBO# 566981
DeMello & Clark, P.C.
109 Oak Street
Newton, MA  02464
(617) 630-8150
(617) 630-8191

DATED:  May 20, 2005

## **CERTIFICATE OF SERVICE**

I, Scott DeMello, Esq., hereby certify that on this 23rd day of May, 2005, I

served a true copy of the foregoing Motion by mailed, first class mail to the following:

Raymond Sayeg, Esq.
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114



3