UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10810 MEL

_____
**HENRY F. OWENS III,**      )
**Plaintiff**                )
                             )
**v.**                       )
                             )
**EDWARD JOHNSON**           )
**AND JOHNSON'S BOAT**       )
**WORKS, INC.**              )
**Defendants**               )
_____  )

## PLAINTIFF'S MOTION TO REMOVE BOAT FROM DEFENDANT

     NOW COMES Henry F. Owens III, Plaintiff in the above-referenced action, by and through undersigned counsel, and respectfully moves this Honorable Court to issue an order which would permit the Plaintiff to remove his boat from the Defendant's possession and Plaintiff assigns as reasons thereof the following:

1. The Plaintiff alleges in his Complaint that he contract for repairs to his boat require that the Defendant complete the work by April 1, 2004 (See 93A letter which Defendant never responded to);

2. The Defendant has made many promises to complete the work but as of December, 2004, the boat had not been completed;

3. Attached and made part of this Motion is a copy of the letter from the Plaintiff to the Defendant dated December 13, 2004;

4. The Defendant signed an Agreement to complete the boat by April, 2004, and after said date to pay the Plaintiff $100.00 per day as liquidated damages (See Agreement which is attached and made part of this Motion);

5. If the Plaintiff is not permitted to remove his boat from the Defendant another boating season will be lost; and

6. The Plaintiff further requests that he be permitted to put in escrow a

sum to insure that the Defendant, if he recovers anything against the Plaintiff he will be paid, realizing that he Plaintiff will have to pay additional funds to complete the boat over and above the $85,000.00 already paid by the Plaintiff to the Defendant.

DATED: June 21, 2005

Respectfully submitted,
HENRY F. OWENS III
By his attorneys,


/s/ Raymond Sayeg
Raymond Sayeg BBO#555437
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 742-1184

Ed Johnson 7-10-04
25 Bertram
Boat will be
completed by
8-10-04 or
$100. per day penalty
until completed

December 13, 2004

Mr. Edward Johnson
Johnson's Boat Works
1128 Narragansett Boulevard
Cranston, Rhode Island  02905

Dear Mr. Johnson:

Re:  25'Bertram

Kindly advise in writing when all the agreed upon work to my boat has been completed.

Thank you for your anticipated cooperation in this matter.


Very truly yours,


Henry F. Owens III