UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10810 MEL

HENRY F. OWENS III, )
**Plaintiff** )
 )
v. )
 )
EDWARD JOHNSON )
AND JOHNSON'S BOAT )
WORKS, INC. )
**Defendants** )
 )

**PLAINTIFF HENRY F. OWENS III'S  RULE 16.3(A)(3) STATEMENT**

Pursuant to and in accordance with Rule 16.3(A)(3) and the Local Rules of this Court, the parties hereby purposes the following schedule:[1]

1. **DISCOVERY**

   All discovery, including expert discovery, is to be completed September 28, 2005;

2. **DISPOSITIVE MOTIONS**

   All Dispositive Motions are to be filed by October 28, 2005.  All

   Oppositions to Dipositives Motions are to be filed by November 14, 2005,

   Replies if any, to Dipositive Motions are to be filed by November 28,

---

[1] Pursuant to Rule 16.3(A)(3), counsel for Plaintiff faxed a Proposed Joint Rule 16.3(A)(3) Statement to counsel for Defendants Edward Johnson and Johnson's Boat Works on June 21, 2005 and followed up with telephone calls on June 21, 2005, June 22, 2005 and June 23, 2005.  Notwithstanding Plaintiff counsel's efforts, there has been no response from counsel for the Defendants.  Accordingly, Plaintiff files this statement without input from the Defendants.

    2005.  Parties request that the Court schedule a hearing with respect to all Dispositive Motions at the Court's earliest convenience in December, 2005.

3.    **<u>PRETRIAL CONFERENCE</u>**

    If necessary (following the Court's ruling with respect to any Dispositive Motions, the parties request that the Court schedule a final Pretrial Conference within forty-five (45) days after the Court's ruling.  The parties further request that within five (5) days, after the Court's ruling, the Court set deadlines for the parties to file lists identifying their trial witnesses, trial exhibits and designations of deposition testimony for witnesses who may be unavailable at trial; motions *in limine*; request for jury instructions; and special verdict and *voir dire* questions.

4.    **<u>TRIAL</u>**

    The parties request that the Court schedule this case for trial, if necessary, in January, 2006.

5.    **<u>TRIAL BEFORE MAGISTRATE</u>**

    The Plaintiff presently consents to a trial before a magistrate.

6.    **<u>SETTLEMENT DISCUSSIONS</u>**

    The parties have conferred with respect to settlement.  It is the Plaintiff's position that the Defendants, Edward Johnson and Johnson's Boat Works, Inc. have failed to provide the agreed upon services to Plaintiff's boat and

have otherwise converted the Eighty Five Thousand Dollars ($85,000.00) provided by Plaintiff for said work. The parties have discussed the possibility of mediation before a retired Federal Judge and request the opportunity to inform the Court further in this regard within two (2) weeks.

7. **RULE 16(D)(3) CERTIFICAITON**

Pursuant to Local Rule 16(D)(3) Plaintiff's counsel hereby affirms that he has conferred with his client (a) with a view to establishing a budget for the cost of conducting the full course – and various alternative courses of litigation; and (b) to consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs such as those outlined in Local Rule 16.4.

Dated: June 24, 2005

Respectfully submitted,
HENRY F. OWENS
By their attorneys


/S/ Raymond Sayeg____
Raymond Sayeg BBO#555437
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 742-1184

Case 1:05-cv-10810-MEL     Document 8     Filed 06/24/2005     Page 4 of 4