UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10810 MEL

| | |
|---|---|
| HENRY F. OWENS III, Plaintiff | ) ) ) |
| v. | ) ) |
| EDWARD JOHNSON AND JOHNSON'S BOAT WORKS, INC. Defendants | ) ) ) ) ) ) |

### PLAINTIFF'S RULE 16(D)(3) CERTIFICATION

Pursuant to the provisions of Local Rule 16(D)(3), Plaintiff, Henry F. Owens III and his counsel hereby certify that they have conferred:

1. with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: June 28, 2005

Henry F. Owens III

Respectfully submitted,

Raymond Sayeg BBO#555437
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 227-2800