UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENRY F. OWENS III : | |
| Plaintiff : | |
| : | |
| vs. : | C. A. No.: 05-10810 MEL |
| : | |
| EDWARD JOHNSON and : | |
| JOHNSON'S BOAT WORKS, INC. : | |
| Defendants : | |

### ENTRY OF APPEARANCE

Christian C. Potter hereby enters his appearance on behalf of Defendants, Edward Johnson and Johnson's Boat Works, in the above-captioned matter.

Respectfully submitted,
Defendants Edward Johnson and
Johnson's Boat Works, Inc
By and through their Attorneys,

/s/ Christian C. Potter

Christian C. Potter, BBO# 632424
Lepizzera & Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886
(401) 739-7397
(401) 384-6950 Fax

## CERTIFICATION

    I hereby certify that on the ___27th___, day of July, 2005, I mailed a true and accurate copy of the within Entry to the following counsel of record:

Raymond Sayeg, Esq.
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114

_____