UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

| | |
|---|---|
| **HENRY F. OWENS III,** <br> **Plaintiff** <br><br> v. <br><br> **EDWARD JOHNSON** <br> **AND JOHNSON'S BOAT** <br> **WORKS, INC.** <br> **Defendants** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR CONTEMPT

     1.    The Plaintiff in this Contempt Motion, Henry F. Owens III, resides at 51 Gunning Point Avenue, Falmouth, Barnstable County, Commonwealth of Massachusetts.

     2.    The Defendant in this contempt proceeding, Johnson's Boat Works, Inc., is a Rhode Island Corporation with its principal place of business at 1128 Narragansett Boulevard, Cranston, State of Rhode Island.

     3.    The Defendant in this contempt proceeding, Edward Johnson, is the President of Johnson Boat Works, Inc., with a principal place of business at 1128 Narragansett Boulevard, Cranston, State of Rhode Island.

     4.    On July 6, 2005 the Court entered an Order granting the Plaintiff's Motion to remove the Plaintiff's boat and personal property from the Defendant, Johnson's Boat Works, Inc.

     5.    On July 12, 2005 and July 29, 2005 counsel for the Plaintiff sent correspondence to the Defendant's attorney requesting the return of the parts of the Plaintiff's boat which were already paid for and the parts that the Defendant removed from the boat which were not provided to the Plaintiff. The Defendant's attorney has not responded.

     6.    The Defendant is in violation of the Court's July 6, 2005 Order, without adequate excuse and without seeking appropriate relief in this Court.

WHEREFORE, the Plaintiff requests that the Defendant:

1. be ordered to return the parts of the Plaintiff's boat which were already paid for and the parts that the Defendant removed from the boat which were not provided to the Plaintiff;

2. pay for all costs and attorney's fees; and

3. for such other relief as to said court may deem just.


DATED: September 14, 2005

Respectfully submitted,
HENRY F. OWENS III
By his attorneys,

_____
Raymond Sayeg BBO#555437
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 742-1184


## CERTIFICATE OF SERVICE

I, Raymond Sayeg, hereby certify that I have on this 14 day of September, 2005, served the within Motion for Contempt upon counsel of record by mailing a copy of same, postage prepaid, to Michael J. Lepizzera, Jr., Lepizzera & Laprocina, 301 Metro Center Blvd., #102, Warwick, RI 02886.

_____
Raymond Sayeg