RECEIVED
Clerk's Office
USDC. Mass.
Date 9/21/05
By     M.P.
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10810 MEL

| | |
|---|---|
| HENRY F. OWENS III, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> EDWARD JOHNSON ) <br> AND JOHNSON'S BOAT ) <br> WORKS, INC. ) <br> Defendants ) <br> ) | |

**PLAINTIFF HENRY F. OWENS III'S FIRST SUPPLEMENTAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

NOW COMES Henry F. Owens III, Plaintiff in the above-referenced action, and provides the following First Supplemental Disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, as follows:

(A)  Pursuant to Rule 26(a)(1)(A) Henry F. Owens III discloses the name and, if known, the address and telephone number of each individual likely to have discoverable information which Plaintiff may use:

1.  Thomas McDonnell
    East Marine/North Marine
    89 Falmouth Heights Road
    Falmouth, MA  02540

Thomas McDonnell is the manager of East Marine/North Marine, and supervised the work which was done to get the Plaintiff's boat in the water.  Mr. McDonnell will testify regarding his observations of the boat when it arrived to the East Marine/North

Marine marina on June 30, 2005 and when it was put in the water in August of 2005;

    2.    Manny Costa
           New Bedford, MA
           (508) 789-2727

Mr. Costa may be called to testify regarding his manufacturer and installation of the windshield for the boat as well as other work that he completed on the boat. Mr. Costa may be also called to provide expert testimony as marine carpenter and present evidence under Rule 702, 703 or 705 of the Federal Rules of Evidence;

    3.    John Kallberg
           East Marine/North Marine
           89 Falmouth Heights Road
           Falmouth, MA 02540

Mr. Kallberg was previously identified as a witness. In addition to the information contained in Plaintiff's Initial Disclosures, Mr. Kallberg may also be called to testify regarding the work he completed on the boat in July and August of 2005. In addition, Mr. Kallberg may be called to testify as to the defective and incomplete work done by the Defendants including but not limited to the wiring of the console gages being done incorrectly, the fuel filter being installed backwards, the console was not properly secured to the boat, as well as the work Mr. Kallberg did on the boat and his observations of the boat when it arrived on June 30, 2005 and the observations he made when the boat was temporarily completed in August of 2005.

    4.    Keeper of the Records
           East Marine/North Marine
           89 Falmouth Heights Road
           Falmouth, MA 02540

This witness may be called to testify to the authenticity of bills, invoices, statements and documents relating to the Plaintiff's boat.

(B)    Pursuant to Rule 26(a)(2)(E) of the Federal Rules of Civil Procedure, Plaintiff discloses the identity of any person who may be used at trial to present evidence under Rule 702, 703, or 705 of the Federal Rules of Evidence: Jonathon Kallberg, Stephen Hamil and Thomas McDonnell. Plaintiff reserves the right to supplement these responses.

(C)    Pursuant to Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure, Owens provides copies of the following documents, data compilations and tangible things in the possession, custody or control of the party that are likely to bear significantly on any claim or defense:

1. East Marine/North Marine Statement for Account No. 00249 dated September 9, 2005 (7 pages).

Dated: September 20, 2005

Respectfully submitted,
HENRY F. OWENS III
By his attorneys,

_____
Raymond Sayeg BBO#555437
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 742-1184

3

## CERTIFICATE OF SERVICE

I, Raymond Sayeg, hereby certify that I have on this 20th day of September, 2005, served the within Plaintiff Henry F. Owens III's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) upon counsel of record by mailing a copy of same, postage prepaid, to Michael J. Lepizzera, Jr., Lepizzera & Laprocina, 301 Metro Center Blvd., #102, Warwick, RI 02886.

_____
Raymond Sayeg

4

ast Marine / North Marine  
9 Falmouth Heights Rd.  
ilmouth, MA 02540  
(508) 540-3611  
(508) 540-2385 fax

Page 1

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| 00249 | 09/09/05 |

Henry Owens  
51 Gunning Point  
Falmouth, MA 02540

AMOUNT ENCLOSED $ _____

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT.

| DATE | INVOICE NO. | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 12/05 | 286 | Unapplied Payment | | 2,500.00 | -2,500.00 |
| 19/05 | 291 | Unapplied Payment | | 13,000.00 | -15,500.00 |
| 26/05 | 585020 | deposit on W/O 500699 per | | 14,512.06 | -30,012.06 |
| 09/05 | 901210 | 500699 : WO Billing | 33,973.58 | | 3,961.52 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | AMOUNT DUE |
|---|---|---|---|---|
| 3,961.52 | 0.00 | 0.00 | 0.00 | $3,961.52 |

hank you for your business.

*Thank You*

```
                                                              Work Order# : 500699


?49 Owens, Henry              Vessel Length : 25'      START DATE  : 07/15/05
 Gunning Point Ave            Vessel Model  :          Complete    : 09/09/05
 lmouth, MA 02540-1806        Vessel Make   : Bertram  Boat Id     :
                                                       Boat Name   : Fantasy
 ) (    )    -    (W) (    )   -                       Hull Id #   :
=================================================================================
ode  Job Description                    Part #        Description    Qty  Each Price   Extension
=================================================================================
     Complete installation of trim tabs and drive
     controls.                          DAN-SP-006    Trim Tab Or Driv  1.00   178.37    178.37
                                                                                       ----------
                                                                     Parts :            178.37
                                                                     Labor :            481.00
                                                                     Freight :           13.49
                                                                                       ==========
                                                                                        672.86

     Install rub rail
                                        TAC-V120303BKA70 Vinyl Insert Bla  1.00   87.85   87.85
                                        TAC-A120305BLY12 Alum Rub Rail1-3  5.00   97.25  486.25
                                        FAST-SS          SS Fastener     200.00    0.25   50.00
                                        PO #: 000764     Install rubrails and work on\winds  809.60
                                                                                       ----------
                                                                     Parts :            624.10
                                                                     Labor :            406.25
                                                                     Sublets :          809.60
                                                                                       ==========
                                                                                       1,839.95

     Furnish custom windshield/windscreen 6/4 teak  to
     profile of yacht (owner's spec)    TEA-6/4       6/4 Teak Milled   5.25   28.11   147.58
                                        TEA-5/4       5/4 Teak 7-8" Mi 28.90   23.62   682.62
                                        TEA-4/4       4/4 Teak Milled   5.54   26.16   144.93
                                        FAST-SS       SS Fastener     137.00    0.58    79.46
                                        mmm-05420     3MTAPE HD 346 24  5.30    9.89    52.42
                                        WES-406-7     Collodial Sil 5.  1.00   17.95    17.95
                                        rag-c         colored wiping c  6.00    1.50     9.00
                                        pot-pl1       1 qt plastic pot  7.00    0.56     3.92
                                        chip1         1" throw away br  2.00    0.65     1.30
                                        ACET-QT       Acetone qt        6.00    7.67    46.02
                                        fast-ss       SS Fastener       9.00    0.25     2.25
                                        BTL-1169      Life seal 10.6oz  2.00   19.50    39.00
                                        ple-ma310     Plexus 2 part ep  1.00    8.25     8.25
                                        CAR-18168     P220 PREM RED SA 20.00    0.69    13.80
                                        CAR-18170     P150 PREM RED SA 20.00    0.69    13.80
                                        PO #: 000890  W/S- install glass                1,560.00
                                        PO #: 000847  custom windshield                 2,405.00
                                        PO #: 000845  Custom windshield                 2,405.00
                                                                                       ----------
                                                                     Parts :          1,262.30
                                                                     Labor :             81.00
                                                                     Sublets :        6,370.00
                                                                                       ==========
                                                                                       7,713.30
```

Work Order# : 500699

| de | Job Description | Part # | Description | Qty | Each Price | Extension |
|---|---|---|---|---|---|---|
| | Paint boot stripe | | | | | |
| | | AWL-H9178Q | Cordovan Gold Mt | 1.00 | 172.77 | 172.77 |
| | | PRO-V192SQ | Imron with activ | 1.00 | 128.50 | 128.50 |
| | | PRO-500S | Imron Clear Gal | 1.00 | 150.98 | 150.98 |
| | | | | | Parts : | 452.25 |
| | | | | | Labor : | 1,003.50 |
| | | | | | | 1,455.75 |
| | Prep and clearcoat transom with Awlgrip | | | | | |
| | | PO #: 000846 | Tape off, prep bootstripe and\tran | | | 195.00 |
| | | | | | Labor : | 65.00 |
| | | | | | Sublets : | 195.00 |
| | | | | | | 260.00 |
| | Touch up bottom paint Include painting of trim tabs and drives with anti fouling paint. | INT-5493A | TRILUX PROP/DRIV | 2.00 | 37.65 | 75.30 |
| | | | | | Parts : | 75.30 |
| | | | | | Labor : | 337.35 |
| | | | | | | 412.65 |
| | Furnish and install engine controls. Include electrical - battery systems - switches, fuse blocks. | MERC-90362A3 | Merc Dual Trim K | 1.00 | 412.15 | 412.15 |
| | | MERC-845313A6 | Merc W/W Indicat | 1.00 | 333.35 | 333.35 |
| | | MERC-64820676A2S | Merc T&S Uni Cab | 2.00 | 42.40 | 84.80 |
| | | DYT-500 | Dytek 500 Sea Te | 1.00 | 422.50 | 422.50 |
| | | TEL-CA27319 | Tel Adapter Kit | 2.00 | 15.55 | 31.10 |
| | | TEL-20 | Tel Extreme Cabl | 1.00 | 85.60 | 85.60 |
| | | TEL-18 | Tel Extreme Cabl | 1.00 | 81.85 | 81.85 |
| | | TEL-17 | Tel Extreme Cabl | 2.00 | 79.95 | 159.90 |
| | | mor-nm0477-00 | Mor Ke4 Ctrl Uni | 2.00 | 1,184.70 | 2,369.40 |
| | | mor-nm0165-00 | Mor Ke4 Actuator | 2.00 | 774.40 | 1,548.80 |
| | | mor-nm0619-05 | Mor Ke4 Harness | 1.00 | 60.45 | 60.45 |
| | | mor-nm0414-33 | Mor Ke4 Pwr Sup | 4.00 | 58.85 | 235.40 |
| | | mor-nj0514-00 | Mor 20A cir brk | 5.00 | 52.48 | 262.40 |
| | | mor-nj0251-00 | Mor 12v buzzer | 2.00 | 20.10 | 40.20 |
| | | mor-nm0605-01 | Mor Sync Master | 1.00 | 38.10 | 38.10 |
| | | mor-nm0605-02 | Mor Sync slave h | 1.00 | 53.95 | 53.95 |
| | | mor-nj0524-00 | Mor Ke4 Switch K | 1.00 | 103.85 | 103.85 |
| | | mor-nm0616-12 | MOr Ke4 39' Cont | 2.00 | 89.75 | 179.50 |
| | | mor-nm0510-00 | Mor Ke4 Dual Con | 1.00 | 497.62 | 497.62 |
| | | hs-conn | heat shrink conn | 50.00 | 0.92 | 46.00 |
| | | anc-453752 | SPLIT LOOM 3/4" | 3.70 | 1.20 | 4.44 |
| | | blu-7220 | CIRCUIT BREAKER | 1.00 | 17.31 | 17.31 |

Work Order# : 500699

| de | Job Description | Part # | Description | Qty | Each Price | Extension |
|---|---|---|---|---|---|---|
| | | blu-7214 | CIRCUIT BREAKER | 1.00 | 17.31 | 17.31 |
| | | anc-302124 | HEATSHRINK TUBE | 1.00 | 2.90 | 2.90 |
| | | ANC-351225 | CABLE TIE NYLON | 80.00 | 0.07 | 5.60 |
| | | anc-351135 | CABLE TIE NYLON | 70.00 | 0.08 | 5.60 |
| | | HUB-M11LTR | SPST Toggle Swit | 2.00 | 17.65 | 35.30 |
| | | anc-453385 | SPLIT LOOM 3/8" | 10.00 | 0.34 | 3.40 |
| | | anc-453502 | SPLIT LOOM 1/2" | 3.00 | 1.05 | 3.15 |
| | | anc-453382 | SPLIT LOOM 3/8" | 10.00 | 0.75 | 7.50 |
| | | anc-453901 | SPLIT LOOM 1" | 10.00 | 2.80 | 28.00 |
| | | ANC-607017 | FUSE HOLDER ATO/ | 1.00 | 3.99 | 3.99 |
| | | PKO-8501DP | SWITCH BATTERY W | 2.00 | 43.77 | 87.54 |
| | | ATT-90915 | BATTERY TRAY 27 | 2.00 | 12.75 | 25.50 |
| | | | | Parts : | | 7,294.46 |
| | | | | Labor : | | 2,846.40 |
| | | | | Freight : | | 24.45 |
| | | | | | | 10,165.31 |
| | Complete bilge pump installation Install engine room blowers. Including all bilge pump through hulls and proper location of bilge pumps. | OMP-3/4 | 3/4" 90deg Stalo | 4.00 | 11.30 | 45.20 |
| | | CON-3/4 | 3/4" Brz Thru-hu | 1.00 | 13.65 | 13.65 |
| | | CON-1-1/2 | 1-1/2" Brz Thru- | 1.00 | 39.20 | 39.20 |
| | | BB5-3/4 | 3/4" S/S pipe c | 1.00 | 4.50 | 4.50 |
| | | BB5-1-1/2 | 1-1/2" S/S pipe | 1.00 | 16.10 | 16.10 |
| | | 149-3/4 | 3/4 LIVEWELL HOS | 40.00 | 1.26 | 50.40 |
| | | MMM-06817 | MASKING TAPE 209 | 1.00 | 5.99 | 5.99 |
| | | rag-w | white wiping clo | 2.00 | 2.40 | 4.80 |
| | | ACET-QT | Acetone qt | 1.00 | 7.67 | 7.67 |
| | | BTL-1160 | LIFE SEAL TUBE C | 1.00 | 10.08 | 10.08 |
| | | 149-1 | 1" LIVEWELL HOSE | 6.00 | 2.33 | 13.98 |
| | | 149-3/4 | 3/4 LIVEWELL HOS | 10.00 | 2.14 | 21.40 |
| | | rul-61s | rule 3/4' thru h | 1.00 | 6.15 | 6.15 |
| | | rul-10 | PUMP 2000 12V 12 | 1.00 | 133.71 | 133.71 |
| | | rul-37 | SWITCH SUPER W/O | 1.00 | 48.14 | 48.14 |
| | | BTL-1141 | SILICONE SEALER | 1.00 | 8.09 | 8.09 |
| | | btl-1140 | SILICONE SEALER | 1.00 | 8.09 | 8.09 |
| | | ITT-305000000 | IN LINE BLOWER 4 | 2.00 | 33.22 | 66.44 |
| | | CON-1 | 1' Brz Thru -hul | 2.00 | 25.10 | 50.20 |
| | | fast-ss | SS Fastener | 9.00 | 0.49 | 4.41 |
| | | 149-1 | 1" LIVEWELL HOSE | 6.00 | 2.33 | 13.98 |
| | | 149-3/4 | 3/4 LIVEWELL HOS | 30.00 | 2.14 | 64.20 |
| | | GRO-PTH750 | ADAPTER PIPE TO | 1.00 | 2.41 | 2.41 |
| | | sur-9415 | Sure bail float | 1.00 | 31.40 | 31.40 |
| | | awa-316032 | #12 HOSE CLAMP 7 | 3.00 | 3.71 | 11.13 |
| | | awa-316038 | #16 HOSE CLAMP 1 | 3.00 | 3.76 | 11.28 |
| | | | | Parts : | | 692.60 |
| | | | | Labor : | | 1,095.50 |
| | | | | | | 1,788.10 |

```
                                                                  Work Order# :  500699


================================================================================
ode  Job Description                         Part #       Description      Qty   Each Price   Extension
================================================================================
     Procure and install all deck hardware - including
     hatchs, cleats, engine room vents nav. lights.   AMI-8C       8" Plastic Cup F    3.00      15.85        47.55
                                                     AMI-8        8" S/S Pop Up Cl    3.00     133.10       399.30
                                                     AMI-6C       6" Plastic Cup F    3.00      10.65        31.95
                                                     AMI-6        6" S/S Pop Up Cl    2.00     101.00       202.00
                                                     FAST-SS      SS Fastener       100.00       0.25        25.00
                                                     BOS-CO2131   Bosch 1/16" Coba    3.00       2.24         6.72
                                                     PKO-10       Perko 10" Chr Cl    1.00      95.90        95.90
                                                     fast-ss      SS Fastener        48.00       0.49        23.52
                                                     fast-ss      SS Fastener        16.00       0.25         4.00
                                                     FAST-SS      SS Fastener        10.00       0.40         4.00
                                                     WHC-S1328    S/S Vent 5X6        4.00       9.00        36.00
                                                     WHC-6027     Flat Hatch Hinge    1.00      20.55        20.55
                                                     SUG-FT150    5-7/8" S/S Handl    3.00      48.50       145.50
                                                     PKO-770      Perko Hatch Fast    1.00      39.50        39.50
                                                     PKO-1        Perko 4" Chr Str    1.00      44.20        44.20
                                                     NVS-10864HA  4" Hose Adapter     2.00      17.50        35.00
                                                     PKO-134      Perko DC Sckt As    2.00      17.65        35.30
                                                     SUG-FT150    5-7/8" S/S Handl    1.00      48.50        48.50
                                                     PKO-870      Perko Shell Vent    1.00      27.55        27.55
                                                     NVS-10864HA  4" Hose Adapter     1.00      17.50        17.50
                                                     PKO-8-1/4    Peko 8-1/4 Scoop    2.00      39.20        78.40
                                                     AAP-WHITE    3'x108' Wht Myla    1.00      38.25        38.25
                                                     NVS-10864HA  4" Hose Adapter     1.00      17.50        17.50
                                                     PKO-870      Perko Shell Vent    1.00      27.55        27.55
                                                     PKO-870      Perko Shell Vent    1.00      27.55        27.55
                                                     PO #: 000911 bow running light, fwd cleat,\back        130.00
                                                     PO #: 000893 Install cleats, backing blocks,\bu       650.00
                                                                                                         -----------
                                                                              Parts :                     1,478.79
                                                                              Labor :                       874.05
                                                                              Sublets :                     780.00
                                                                                                         ===========
                                                                                                          3,132.84

     Carpentry- Companionway hatch

                                                     PO #: 000909  companionway hatch                     1,300.00
                                                     PO #: 000894  Companionway hatch                       390.00
                                                                                                         -----------
                                                                              Sublets :                   1,690.00
                                                                                                         ===========
                                                                                                          1,690.00

 .1   Carpentry- Fabricate deck beam fwd hatch

                                                     PO #: 000910  Fabricate deck beam fwd hatch          1,091.84
                                                                                                         -----------
                                                                              Labor :                        26.00
                                                                              Sublets :                   1,091.84
                                                                                                         ===========
                                                                                                          1,117.84
```

Work Order# : 500699

```
===============================================================================
ode  Job Description                    Part #        Description      Qty   Each Price   Extension
===============================================================================
```

Re-wire under dashboard. Trace all wiring to
engines. Found loose wires- need to confirm their
duty.

|  |  |  |
|---|---|---|
|  | Labor : | 1,267.50 |
|  |  | ========== |
|  |  | 1,267.50 |

Engine Maintenance Fill with anti freeze, install
fuel filters.

| Part # | Description | Qty | Each Price | Extension |
|---|---|---|---|---|
| ANTI4 | texaco ext life | 1.00 | 17.99 | 17.99 |
| RAC-2040PMOR | ELEMENT REPL .30 | 2.00 | 12.56 | 25.12 |
|  |  |  |  | ----------- |
|  |  |  | Parts : | 43.11 |
|  |  |  | Labor : | 222.95 |
|  |  |  |  | ========== |
|  |  |  |  | 266.06 |

Electronics: install customer provided GPS unit.

|  |  |
|---|---|
| Labor : | 455.00 |
|  | ========== |
|  | 455.00 |

Seatrial vessel

|  |  |
|---|---|
| Labor : | 260.00 |
|  | ========== |
|  | 260.00 |

Fuel Boat

| Part # |  | Qty | Each Price | Extension |
|---|---|---|---|---|
| ED |  | 272.43 | 2.33 | 634.76 |
|  |  |  |  | ----------- |
|  |  |  | Parts : | 634.76 |
|  |  |  |  | ========== |
|  |  |  |  | 634.76 |

Haul, set up, launch <30ft

|  |  |
|---|---|
| Labor : | 187.50 |
|  | ========== |
|  | 187.50 |

```
===============================================================================
OMMENTS :
===============================================================================
```

```
                                                                Work Order# :   500699


============================================================================================
ode   Job Description                      Part #       Description      Qty  Each Price   Extension
============================================================================================
ORDER PRICE SUMMARY                         CHARGE CUSTOMER SUMMARY
-------------------                         -----------------------
 Parts        :   12,736.04                 Amount Previously Billed :        0.00
 Labor        :    9,609.00                 Payments Received        :   -30,012.06
 Other Chgs.  :        0.00
 Supplies     :        0.00                 Current Charges          :    33,973.58
ment Charges  :        0.00                 Total Balance Due        :     3,961.52
ht Charges    :       37.94
ge Charges    :        0.00
t Charges     :   10,936.44
 Other Chgs   :        0.00
on. Charges   :       40.00
 Labor Disc   :        0.00
 Parts Disc   :        0.00
 Tax          :      614.16
                  ==========
                   33,973.58
```