UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HENRY F. OWENS III
    Plaintiff

vs.

EDWARD JOHNSON and
JOHNSON'S BOAT WORKS, INC.
    Defendants

C.A.No.: 05-10810 MEL

*[Stamp: RECEIVED IN CLERKS OFFICE 2005 SEP 28 P 3: 26 U.S. DISTRICT COURT DISTRICT OF MASS.]*

### DEFENDANTS EDWARD JOHNSON AND JOHNSON'S BOAT WORKS, INC.'S MOTION FOR LEAVE TO ADD A COUNTERCLAIM AND TO EXTEND THE DISCOVERY SCHEDULE

Defendants Edward Johnson ("Johnson") and Johnson's Boat Works, Inc. ("JBW") hereby move for leave of Court pursuant to Federal Rule of Civil Procedure 15 to add a counterclaim and to extend the period in which to conduct discovery. The Defendants rely upon the attached memorandum of law in support of their motion.

For all the reasons set forth in the attached memorandum of law, the defendants respectfully request that their motion be granted.

    Respectfully submitted,
    Defendants Edward Johnson and
    Johnson's Boat Works, Inc.
    By and through their Attorneys,

    */s/ Christian C. Potter*
    */s/ Michael J. Lepizzera Jr.*
    Christian C. Potter
    Michael J. Lepizzera, Jr.
    Lepizzera & Laprocina
    301 Metro Center Blvd. Suite 102
    Warwick, RI 02886
    Tel: (401) 739-7397
    Fax: (401) 384-6950

1

## CERTIFICATION

I hereby certify that on the 28th, day of September, 2005, I mailed a true and accurate copy of Defendants' Motion to the following counsel of record:

Raymond Sayeg, Esq.
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114

*[signature]*

2