UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05-CV-10810 MEL

_____
**HENRY F. OWENS III,**       )
**Plaintiff**                 )
                              )
**v.**                        )
                              )
**EDWARD JOHNSON**            )
**AND JOHNSON'S BOAT**        )
**WORKS, INC.**               )
**Defendants**                )
_____)


**PLAINTIFF HENRY F. OWENS, III'S MOTION TO STRIKE DEFENDANTS EDWARD JOHNSON'S AND JOHNSON'S BOAT WORK INC.'S LATE DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

NOW COMES Henry F. Owens, III (hereinafter "Owens") Plaintiff in the above-captioned matter, by and through undersigned counsel and hereby moves to strike Defendants Edward Johnson's and Johnson's Boat Work Inc.'s Disclosures Pursuant to Federal Rule of Civil Procedure 26(a), which were served upon counsel for the Plaintiff on September 29, 2005.  In support thereof, the Plaintiff relies upon the attached Affidavit and Memorandum of Law.

2

Dated: October 12, 2005                    Respectfully submitted,
                                           HENRY F. OWENS
                                           By his attorneys

                                           /s/ Raymond Sayeg
                                           ─────────────────────────
                                           Raymond Sayeg BBO#555437
                                           DENNER O'MALLEY, LLP
                                           Four Longfellow Place, 35th Floor
                                           Boston, MA 02114
                                           Tel: (617) 227-2800