UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10810 MEL

_____
**HENRY F. OWENS III,**        )
**Plaintiff**                  )
                               )
**v.**                         )
                               )
**EDWARD JOHNSON**             )
**AND JOHNSON'S BOAT**         )
**WORKS, INC.**                )
**Defendants**                 )
_____)

## PLAINTIFF HENRY F. OWENS, III'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO ADD A COUNTERCLAIM AND EXTEND THE DISCOVERY SCHEDULE

NOW COMES Henry F. Owens, III (hereinafter "Owens") Plaintiff in the above-captioned matter, by and through undersigned counsel and hereby submits his Opposition to Defendants' Motion for Leave to Add a Counterclaim and Extend the Discovery Schedule, which was served upon counsel for the Plaintiff on September 29, 2005. In support thereof, the Plaintiff relies upon the attached Affidavit and Memorandum of Law.

Dated: October 12, 2005                Respectfully submitted,
                                       HENRY F. OWENS
                                       By his attorneys

                                       /s/ Raymond Sayeg
                                       _____
                                       Raymond Sayeg BBO#555437
                                       DENNER O'MALLEY, LLP
                                       Four Longfellow Place, 35th Floor
                                       Boston, MA 02114
                                       Tel: (617) 227-2800

2

Case 1:05-cv-10810-MEL   Document 17   Filed 10/12/2005   Page 2 of 2

2