UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10810 MEL

_____
**HENRY F. OWENS III,**      )
**Plaintiff**                )
                             )
**v.**                       )
                             )
**EDWARD JOHNSON**           )
**AND JOHNSON'S BOAT**       )
**WORKS, INC.**              )
**Defendants**               )
_____)

## ORDER OF THE COURT

Upon consideration of Plaintiff Henry F. Owen, III's Motion to Strike Defendant Edward Johnson's and Johnson's Boat Work Inc.'s late Disclosures pursuant to Federal Rule of Civil Procedure 26A and Defendants' Opposition to Extend Discovery Deadline and Add a Counterclaim, the Defendants late Disclosures are **STRICKEN** and further, Defendants' Motion for Leave to Add a Counterclaim and Extend the Discovery Schedule is **DENIED.**

It is so ordered.

Dated: October ___, 2005

                                                Morris E. Lasker, Senior Judge

Case 1:05-cv-10810-MEL    Document 20    Filed 10/12/2005    Page 2 of 2