UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05-CV-10810 MEL

| | |
|---|---|
| HENRY F. OWENS III, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| EDWARD JOHNSON | ) |
| AND JOHNSON'S BOAT | ) |
| WORKS, INC. | ) |
| Defendants | ) |

## MOTION FOR ALLOWANCE OF COUNSEL FEES

NOW COMES the Plaintiff, Henry F. Owens, III in the above-entitled matter and moves this Honorable Court to grant an award of costs and expenses including attorney's fees in an amount set forth in the attached Affidavit of Counsel.  In support of this Motion, Plaintiff states that on July 30, 2005, the parties entered a Stipulation wherein the Plaintiff's boat and personal items were to be returned to the Plaintiff.  This Stipulation resulted in the Court allowing the Motion.

The Defendants have failed to produce the Plaintiff's personal property and as a result, have unnecessarily delayed the restoration of the boat and increased Plaintiff's out of pocket costs. The Plaintiff states that said attorney's fees set forth in the attached Affidavit are incurred in connection with the correspondence with Defendants' counsel in an attempt to resolve this matter, and in the connection with the preparation and hearing of the Motion for Contempt; that Defendants' behavior has caused the Plaintiff to incur these legal fees; and it is equitable for the

Defendants to bear the Plaintiff's costs and expenses incurred as a result of the Defendants' own conduct.

 WHEREFORE, the Plaintiff, Henry F. Owens, III respectfully requests this Honorable Court grant him an award of costs and expenses.

                Respectfully submitted.
                HENRY F. OWENS, III
                By his Attorney,

                **/s/ Raymond Sayeg**

                _____
                Raymond Sayeg, BBO#555437
                DENNER O'MALLEY, LLP
                Four Longfellow Place, 35th Fl.
                Boston, MA  02114
                Telephone:  (617) 227-2800

DATED:  October 19, 2005