UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05-CV-10810 MEL

_____
**HENRY F. OWENS III,**     )
**Plaintiff**               )
                            )
**v.**                      )
                            )
**EDWARD JOHNSON**          )
**AND JOHNSON'S BOAT**      )
**WORKS, INC.**             )
**Defendants**              )
_____)

**AFFIDAVIT OF COUNSEL**

I, Raymond Sayeg, do depose and state the following based upon personal information:

1. I am an attorney at law admitted to practice in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts and have at all times relative hereto represented the Plaintiff Henry F. Owens, III;

2. I was admitted to the practice of law and the Bar of the Commonwealth in 1990 and to the United States District Court for the District of Massachusetts in 1991;

3. I am submitting this Affidavit in preparation for Plaintiff's Motion for Allowance of Counsel Fees;

4. This Court has the power to award attorney's fees as an element of the cost of enforcing an order of the Court.  Robson v. Hallenbeck, 81 F.3d 1(1st Cir. 1996) citing to Link v. Wabash Railroad Co., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734

2

(1962); <u>Crossman v. Raytheon, Long Term Disability Plan</u>, 316 F.3d 36 (1st Cir. 2002).

    5.    My practice consists of 80% civil and criminal litigation work. I charge an hourly rate of $300.00 per hour.

    6.    Plaintiff will expend an approximate $1,200.00 in having to prosecute his Motion for Contempt, which includes an approximate of two (2) hours in travel and appearance in Court.

    7.    It is reasonable that the Defendants pay the Plaintiff's attorney's fees which have been incurred as a result of Defendants' own conduct in refusing to produce Plaintiff's personal property contrary to the Court's prior order.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19th DAY OF OCTOBER, 2005.

                                                            /s/ Raymond Sayeg
                                                           _____
                                                           RAYMOND SAYEG