UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 OCT 20 P 3: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| HENRY F. OWENS III <br> Plaintiff | : <br> : <br> : |
| vs. | :    C.A.No.: 05-10810 MEL |
| EDWARD JOHNSON and <br> JOHNSON'S BOAT WORKS, INC. <br> Defendants | : <br> : <br> : <br> : |

### DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR CONTEMPT

The Defendants Edward Johnson and Johnson's Boat Works, Inc. hereby object to the Plaintiff Henry Owens' motion to adjudge in contempt. The Defendants state that they have complied with the July 6, 2005 order of the Court

The Defendants rely upon the attached memorandum of law in support of their objection.

For all the foregoing reasons, the Defendants respectfully request that the motion for contempt be denied.

Respectfully submitted,
Defendants Edward Johnson and
Johnson's Boat Works, Inc.
By and through their Attorneys,

_/s/ Michael J. Lepizzera_
Michael J. Lepizzera, Jr.
Christian C. Potter
Lepizzera & Laprocina
301 Metro Center Blvd. Suite 102
Warwick, RI 02886
Tel: (401) 739-7397
Fax: (401) 384-6950

1

## CERTIFICATION

I hereby certify that on the 20th, day of October, 2005, I mailed a true and accurate copy of the within to the following counsel of record:

Raymond Sayeg, Esq.
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114

*[signature]*