UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10810 MEL

_____
**HENRY F. OWENS III,**         )
**Plaintiff**                    )
                                 )
**v.**                           )
                                 )
**EDWARD JOHNSON**               )
**AND JOHNSON'S BOAT**           )
**WORKS, INC.**                  )
**Defendants**                   )
_____)

**PLAINTIFF HENRY F. OWENS, III'S MOTION TO STRIKE DEFENDANTS
EDWARD JOHNSON'S AND JOHNSON'S BOAT OBJECTION TO
PLAINTIFF'S MOTION FOR CONTEMPT**

NOW COMES Henry F. Owens, III (hereinafter "Owens") Plaintiff in the above-captioned matter, by and through undersigned counsel and hereby moves to strike Defendants' Objection to Plaintiff's Motion for Contempt and Memorandum of Law in Support of Defendants' Objection to Plaintiff's Motion for Contempt which was served upon counsel for the Plaintiff on October 21, 2005.  In support thereof, the Plaintiff relies upon the attached Affidavit and Memorandum of Law.

Dated: October 25, 2005              Respectfully submitted,
                                     HENRY F. OWENS
                                     By his attorney

                                     /s/ Raymond Sayeg
                                     _____
                                     Raymond Sayeg BBO#555437
                                     DENNER O'MALLEY, LLP
                                     Four Longfellow Place, 35th Floor
                                     Boston, MA 02114
                                     Tel: (617) 227-2800