UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05-CV-10810 MEL

_____
HENRY F. OWENS III,        )
**Plaintiff**              )
                           )
v.                         )
                           )
EDWARD JOHNSON             )
AND JOHNSON'S BOAT         )
WORKS, INC.                )
**Defendants**             )
_____)

## AFFIDAVIT OF RAYMOND SAYEG

I, Raymond Sayeg, do depose and state the following based upon personal information:

1. I am an attorney at law admitted to practice in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts and have at all times relative hereto represented the Plaintiff Henry F. Owens, III;

2. On or about September 19, 2005, your undersigned filed on behalf of the Plaintiff, Motion for Contempt by Henry F. Owens, III based upon the Defendants' failure to return the Plaintiff's personal property as agreed by the party and ordered by the Court on June 30, 2005;

3. The Defendants failed to file any response or opposition in the time required under Local Rule 7.1;

4. On or about October 21, 2005, counsel received a purported Defendants'

2

Objection to Plaintiff's Motion for Contempt and Memorandum of Law which is outside the time limits as set forth in Local Rule 7.1.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 25th DAY OF OCTOBER, 2005.

/s/ Raymond Sayeg
_____
RAYMOND SAYEG

2