UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05-CV-10810 MEL

_____
HENRY F. OWENS III,           )
**Plaintiff**                 )
                              )
v.                            )
                              )
EDWARD JOHNSON                )
AND JOHNSON'S BOAT            )
WORKS, INC.                   )
**Defendants**                )
_____)

### MEMORANDUM OF LAW IN SUPPORT PLAINTIFF HENRY F. OWENS, III'S MOTION TO STRIKE DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR CONTEMPT

The Plaintiff, Henry F. Owens, III (hereinafter "Owens") hereby submits this Memorandum in Support of Plaintiff's Motion to Strike Defendants' Objection to Plaintiff's Motion for Contempt.  As reasons therefore, the Plaintiff states as follows:

1. On or about September 19, 2005, Plaintiff filed Motion for Contempt by Henry F. Owens, III as a result of the Defendants' failure to return personal property as ordered by this Court and agreed by the parties on June 30, 2005.

2. Local Rule 7.1 provides that "A party opposing a motion, shall file an opposition to the motion within fourteen (14) days after service of the motion, unless another period is fixed by rule or statute, or by order of the Court, and in the same (rather than in a separate), document a memorandum or reasons, including citations of supporting authorities, why the motion should not be granted."

3.	The Defendants failed to file an Opposition within the time limits set forth in the rules.

4.	The Defendants filed an Opposition, which the Plaintiff's received on October 21, 2005 with no explanation for the late filing or request that the Court accept the late filing.

**WHEREFORE**, for the foregoing reasons, the Plaintiff respectfully requests that the Court **STRIKE** Defendants' Objection to Plaintiff's Motion for Contempt and Memorandum of Law in Support of Defendants' Objection to Plaintiff's Motion for Contempt and **GRANT** Plaintiff's Motion for Contempt including attorney's fees and costs.

The Plaintiff respectfully requests a hearing before this Honorable Court on his Motions.

Dated: October 25, 2005	Respectfully submitted,
	HENRY F. OWENS
	By his attorneys

	/s/ Raymond Sayeg
	_____
	Raymond Sayeg BBO#555437
	DENNER O'MALLEY, LLP
	Four Longfellow Place, 35th Floor
	Boston, MA 02114
	Tel: (617) 227-2800