UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Henry F. Owens, III,<br>Plaintiff<br><br>v.<br><br>Edward Johnson and Johnson<br>Boat Works, Inc.,<br>**Defendants** | Civil Action No.: 05-CV-10810 MEL |

### Notice of Change of Address for Counsel for Defendants
### Edward Johnson and Johnson Boat Works, Inc.

This is to notify the Court and all parties to the above-captioned matter that, effective September 19, 2005, the new firm name, address, telephone number and facsimile number for counsel for Edward Johnson and Johnson Boat Works, Inc. is as follows:

**Lepizzera & Laprocina**
980 Washington Street, Suite 218
Dedham, MA  02026
Telephone:   781-329-0300
Facsimile:   781-329-0388

Respectfully submitted,
**Edward Johnson and Johnson Boat Works, Inc.**
By its attorney

_____
Scott K. DeMello, BBO# 566981
Lepizzera & Laprocina
980 Washington Street, Suite 218
Dedham, MA  02026
Telephone:   781-329-0300

Date:   October 24, 2005

## Certification

I hereby certify that on the 24th day of October, 2005, I mailed a true and accurate copy of the Notice of Change of Address to the following counsel of record:

Raymond Sayeg, Esquire
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114

_____
Scott K. DeMello