# LEPIZZERA LAPROCINA
TITLE & ESCROW SERVICES, LLC

FILED
CLERKS OFFICE
2007 JUL 10 P 2: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

July 9, 2007

The Honorable Morris E. Lasker
District Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Court House
1 Courthouse Way, Suite 4730
Boston, MA 02210

RE:   Henry F. Owens, III v. Edward Johnson, et al
      United States District Court – Docket No: 05-10810 MEL

Dear Judge Lasker:

Pursuant to your June 26, 2007 order, the Defendants propose the following arbitrators in order of preference:

1. John Spignesi, Esquire local arbitrator in the Boston area with substantial experience in construction related matters.

2. Wesley D. Wheeler, m.s.e, c.eng. Arbitrator and member of the Society of Maritime Arbitrators, Inc.

3. American Arbitration Association, Arbitrator with maritime and boat construction experience.

Very truly yours,

Scott K. DeMello

cc:   Raymond Sayeg, Esquire

301 Metro Center Blvd., Suite 102, Warwick, Rhode Island 02886 · Tel. 401.739.7397
Fax 401.384.6960 · www.leplap.com