**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

July 31, 2007

CHAMBERS OF
JUDGE MORRIS E. LASKER

Raymond Sayeg, Esq.               Scott K. DeMello, Esq.
Denner Pellegrino LLP             980 Washington Street. Suite 218
4 Longfellow Place, 35th Flr.     Dedham, MA 02026
Boston, MA 02114

        Re: Henry F. Owens, III v. Edward Johnson, et al
           Civil Action No. 05-10810-MEL

Gentlemen:

    I have Mr. DeMello's letter of July 9 and Mr. Sayeg's letter of July 10 naming your proposed arbitrators. Since you disagree as to individual arbitrators but agree with the use of the American Arbitration Association, it is my view that you should proceed to arbitration before the American Arbitration Association making sure that the arbitrator is experienced as to maritime law, boat construction, and seaworthiness.

    If an Order to this effect is needed, please let me know.

Very truly yours,

*[signature: Morris E. Lasker]*