UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10810 MEL

_____
**HENRY F. OWENS III,**     )
**Plaintiff**               )
                            )
**v.**                      )
                            )
**EDWARD JOHNSON**          )
**AND JOHNSON'S BOAT**      )
**WORKS, INC.**             )
**Defendants**              )
_____ )

### PLAINTIFF HENRY F. OWENS, III'S MOTION FOR ORDER OF ARBITRATION

NOW COMES Henry F. Owens, III (hereinafter "Owens") Plaintiff in the above-referenced action, by and through undersigned counsel, and requests that this Honorable Court issue an Order requiring the parties to submit to arbitration before the American Arbitration Association in Boston, Massachusetts before an arbitrator experienced in maritime law, boat construction and seaworthiness.

A proposed Order is attached.

Dated: September 13, 2007

Respectfully submitted,
HENRY F. OWENS III
By his attorneys

_/s/Raymond Sayeg_____
Raymond Sayeg BBO#555437
DENNER PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 742-1184

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 13th day of September, 2007.

Scott DeMello, Esq.
Lepizzera Laprocina
980 Washington Street, Suite 218
Dedham, MA 02026


                   _/s/ Raymond Sayeg_
                   Denner Pellegrino LLP

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10810 MEL

_____
HENRY F. OWENS III,      )
**Plaintiff**                )
                         )
v.                       )
                         )
EDWARD JOHNSON           )
AND JOHNSON'S BOAT       )
WORKS, INC.              )
**Defendants**               )
_____)

## PROPOSED ORDER

On submission, the Court orders that the parties are to engage in arbitration forthwith before the American Arbitration Association in Boston, Massachusetts before an arbitrator experienced in maritime law, boat construction and seaworthiness. The parties are to split the costs of arbitration on an equal basis.


Dated: September     , 2007          _____
                                     Morris E. Lasker
                                     United States District Court