UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-CV-10810 MEL

| | |
|---|---|
| **HENRY F. OWENS, III,** <br> **Plaintiff** | ) <br> ) <br> ) |
| v. | ) <br> ) |
| **EDWARD JOHNSON AND** <br> **JOHNSON'S BOAT WORKS, INC.,** <br> **Defendant** | ) <br> ) <br> ) |

### DEFENDANTS' OBJECTION TO PLAINTIFF HENRY F. OWENS, III'S MOTION FOR ORDER OF ARBITRATION

Now comes the Defendants, by and through their undersigned counsel, who oppose Plaintiff Henry F. Owens, III's Motion for Order of Arbitration to the extent that it seeks an order that the Arbitration be held in Boston, Massachusetts. As reasons therefore, the Defendants provide the following:

1. The parties have agreed to submit this matter to binding arbitration with the American Arbitration Association.

2. A dispute has arisen as to whether the matter should be arbitrated in Boston, Massachusetts or East Providence, Rhode Island.

3. Defendants have informed the Plaintiff that they are willing to allow the Arbitrator to decide the locale of the Arbitration based upon the location of the parties, the location of the dispute and the location of the arbitrator.

4. Defendants are located in Cranston, Rhode Island and Plaintiff is located in Falmouth, Massachusetts. Defendants' counsel is located in Warwick, Rhode Island and all of the work performed by Defendants on the boat, that his the subject of this litigation, occurred in Rhode Island. Only Plaintiff's counsel is located in Boston, Massachusetts

5. According to Mapquest, Falmouth, Massachusetts is approximately 76 miles from Boston, while it is only 66 miles from East Providence. See Exhibit "A" Attached hereto.

6. It is appropriate for the Arbitrator, who may not be from the Boston area, to determine the most appropriate locale for the arbitration and it certainly would not

be the Court's role to determine the location of an arbitration proceeding that it was not controlling.

Wherefore, the Defendants' respectfully request that this Honorable Court deny Plaintiff' Henry F. Owens, III's Motion for Order of Arbitration to the extent that it seeks to have the Court order that Boston, Massachusetts be the location of the arbitration.

Respectfully submitted,


_____/s/_____
Scott K. DeMello (BBO#566981)
Attorney for Edward Johnson and
Johnson's Boat Works, Inc.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI  02886
401-739-7397

Dated:  September 18, 2007



**Start:** Falmouth, MA US

**End:** Boston, MA US

**Notes:**
Only text visible within note field will print.



FLY SOUTHWEST AIRLINES
Just $49-$109 one-way
Now, purchase your tickets with PayPal!
PayPal — BOOK NOW
SOUTHWEST.COM
Additional taxes, fees, and conditions apply.

| Directions | Distance |
|---|---|
| **Total Est. Time:** 1 hour, 27 minutes    **Total Est. Distance:** 76.53 miles | |
| 1: Start out going NORTH on ELM ARCH WAY toward MAIN ST / MA-28. | <0.1 miles |
| 2: Turn LEFT onto MAIN ST / MA-28. | 0.2 miles |
| 3: Turn SLIGHT RIGHT onto PALMER AVE / MA-28. | 0.2 miles |
| 4: Turn RIGHT onto PALMER AVE / MA-28. Continue to follow MA-28 N. | 9.3 miles |
| 5: Enter next roundabout and take 1st exit onto GEN MACARTHUR BLVD / MACARTHUR BLVD / MA-28 N. | 4.1 miles |
| 6: Enter next roundabout and take 2nd exit onto MA-28 N. | 1.1 miles |
| 7: Stay STRAIGHT to go onto MA-25 W. | 28.1 miles |
| 8: Merge onto MA-24 N via EXIT 7A toward BOSTON. | 18.4 miles |
| 9: Merge onto I-93 N / US-1 N via EXIT 21A toward BOSTON. | 13.9 miles |
| 10: Take EXIT 23 toward GOV'T CTR. | 0.3 miles |
| 11: Turn SLIGHT LEFT to take the GOV'T CENTER ramp toward FANEUIL HALL / FINANCIAL DIST / AQUARIUM. | <0.1 miles |
| 12: Turn SLIGHT RIGHT onto NORTH ST. | 0.1 miles |
| 13: Turn LEFT onto CONGRESS ST. | <0.1 miles |
| 14: Turn SLIGHT RIGHT. | <0.1 miles |
| 15: Turn RIGHT onto STATE ST. | <0.1 miles |
| 16: STATE ST becomes COURT ST. | <0.1 miles |
| 17: Turn LEFT onto TREMONT ST. | <0.1 miles |
| 18: End at Boston, MA US | |

**Total Est. Time:** 1 hour, 27 minutes    **Total Est. Distance:** 76.53 miles





**Start:** Falmouth, MA US

**End:** East Providence, RI US

**Notes:**
Only text visible within note field will print.

| Directions | Distance |
|---|---|
| **Total Est. Time: 1 hour, 15 minutes    Total Est. Distance: 66.67 miles** | |
| 1: Start out going NORTH on ELM ARCH WAY toward MAIN ST / MA-28. | <0.1 miles |
| 2: Turn LEFT onto MAIN ST / MA-28. | 0.2 miles |
| 3: Turn SLIGHT RIGHT onto PALMER AVE / MA-28. | 0.2 miles |
| 4: Turn RIGHT onto PALMER AVE / MA-28. Continue to follow MA-28 N. | 9.3 miles |
| 5: Enter next roundabout and take 1st exit onto GEN MACARTHUR BLVD / MACARTHUR BLVD / MA-28 N. | 4.1 miles |
| 6: Enter next roundabout and take 2nd exit onto MA-28 N. | 1.1 miles |
| 7: Stay STRAIGHT to go onto MA-25 W. | 9.0 miles |
| 8: Merge onto I-195 W via EXIT 1 toward NEW BEDFORD / PROVIDENCE RI (Crossing into RHODE ISLAND). | 42.1 miles |
| 9: Take EXIT 6 toward RI-103 / US-44 / EAST PROVIDENCE. | 0.1 miles |
| 10: Turn LEFT onto BROADWAY. | <0.1 miles |
| 11: Turn RIGHT onto WARREN AVE. | <0.1 miles |
| 12: End at East Providence, RI US | |

**Total Est. Time: 1 hour, 15 minutes    Total Est. Distance: 66.67 miles**