UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10810 MEL

HENRY F. OWENS III, )
**Plaintiff** )
)
v. )
)
EDWARD JOHNSON )
AND JOHNSON'S BOAT )
WORKS, INC. )
**Defendants** )
)

 ORDER

On submission, the Court orders that the parties are to engage in arbitration forthwith before the American Arbitration Association in Boston, Massachusetts before an arbitrator experienced in maritime law, boat construction and seaworthiness. The parties are to split the costs of arbitration on an equal basis.

Dated: September 18, 2007

Morris E. Lasker
United States District Court