UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Henry F. Owens, III,<br>Plaintiff<br><br>v.<br><br>Edward Johnson and Johnson<br>Boat Works, Inc.,<br>Defendants | Civil Action No.: 05-CV-10810 MEL |

### Notice of Change of Address for Counsel for Defendants
### Edward Johnson and Johnson Boat Works, Inc.

This is to notify the Court and all parties to the above-captioned matter that, effective September 20, 2007, the new firm name, address, telephone number and facsimile number for counsel for Edward Johnson and Johnson Boat Works, Inc. is as follows:

Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI  02886
Telephone:    401-739-7397
Facsimile:    401-384-6950

Respectfully submitted,
Edward Johnson and Johnson Boat
Works, Inc.
By its attorney


_____/s/_____
Scott K. DeMello, BBO# 566981
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI  02886

Date:   September 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 20, 2007.


_____/s/ Scott K. DeMello_____