**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

September 20, 2007

CHAMBERS OF
JUDGE MORRIS E. LASKER

Raymond Sayeg, Jr., Esq.          Scott K. DeMello, Esq.
4 Longfellow Place                Lepizzera & Laprocina
Suite 3501-06                     980 Washington Street, Suite 218
Boston, MA 02114                  Dedham, MA 02026

      Re: Henry F. Owens, III v. Edward Johnson and
          Johnson's Boat Works, Inc.
          Civil Action No. 05-CV-10810-MEL

Dear Counsel:

      This is to confirm that in the telephone conference this afternoon counsel agreed that the arbitration proceedings should be conducted at the location chosen by the arbitrator.

                                       Very truly yours,

                                       *[signature]*